| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Stevenson, Karen L. | 2. Court or Organization Central District of California | 3. Date of Report 05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse 255 E. Temple Street Suite 8100 Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | The Rhodes Scholarships, Oxford England |
| 2. | Member, Board of Directors | The Library Foundation of Los Angeles |
| 3. | Member, Editorial Board | ABA Section of Litigation, Litigation News |
| 4. | Member | Los Angeles County Bar Association |
| 5. | Co-Author | Thompson Reuters, Rutter Guide, Federal CIvil Procedure Before Trial |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11.16.2016 | Publishing Agreement w/West Publishing (Thompson Reuters) as co-author of Fed. Civ.Proc. Before Trial on royalty basis beginning 2018 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bar Association | April 24, 2017 | La Jolla, California | Attendant at Litigation News Editorial Board Meeting | Travel and accomodation |
| 3. | Rhodes Scholarships | December 3, 2017 | Los Angeles, CA | Expenses incurred in hosting District 16 Selection Committee | Room rental, catering, Selection Committee meals & Candidate reception |
| 4. | Administrative Office of Courts | August 10, 2017 | San Francisco, CA | Attendance at 9th Circuit Judicial Conference | Travel, meals and accommodation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stevenson, Karen L. | 05/14/2018 |

| | | | | |
|---|---|---|---|---|
| 5. | Central District | February 2017 | La Quinta, California | Attendance at Central District Judicial Retreat and Conference | Travel, meals and accommodation |
| 6. | Administrative Office of Courts | April 10, 2017 | Portland, OR | Attendance at Natoinal Workshop fo U.S. Magistrate Judges | Travel, meals and accommodation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stevenson, Karen L.** | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | GSA Visa | Credit Card | None |
| 2. | American Express | Credit Card | J |
| 3. | Bank of America | Credit Card | J |
| 4. | Navient | Student Loan (Law School) | K |
| 5. | Citibank Visa | Credit Card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves | A | Int./Div. | J | T | Distributed (part) | 12/27/17 | J | A | Myself |
| 2. Fidelity Capital & Income | B | Int./Div. | K | T | | | | | |
| 3. Fidelity Balanced Mut Fund | A | Int./Div. | K | T | | | | | |
| 4. Fidelity Value | A | Int./Div. | J | T | | | | | |
| 5. AMG Mgrs Bond Fd. Servie | B | Int./Div. | L | T | | | | | |
| 6. Am.Century Md Cap Value | A | Int./Div. | J | T | | | | | |
| 7. FMI Large Cap Fund | A | Int./Div. | K | T | | | | | |
| 8. Heartland Select Value | A | Int./Div. | J | T | | | | | |
| 9. Janus Balanced Fund | A | Int./Div. | K | T | | | | | |
| 10. Kinetics Small Cap Opportunities | A | Int./Div. | J | T | | | | | |
| 11. Capital One Svg. Acct | A | Interest | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Stevenson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544